FILED
10/20/16 4:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Case No. 15-21213-GLT |
| | : Chapter 7 |
| JOHN J. GOOD, | : |
| | : Related to Dkt. No. 117 and 120 |
| | : |
| Debtor. | : Hearing: December 1, 2016 at 10:30 a.m. |
| | : Response: November 21, 2016 |

## ORDER TO SHOW CAUSE

The above-bankruptcy case commenced on April 8, 2015 when the Debtor filed his voluntary petition for relief under chapter 13 of the Bankruptcy Code. The case was converted to a case under chapter 7 on July 12, 2016. A section 341 meeting of creditors (a "*Meeting of Creditors*") was scheduled for August 8, 2016 but not held. The Meeting of Creditors was rescheduled to October 3, 2016. [Dkt. No. 117]. The Debtor failed to attend the August 8 and October 3 *Meeting of Creditors* and the trustee requests dismissal of the bankruptcy case [Dkt. No. 120].

**AND NOW**, based upon the foregoing, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. An *Order to Show Cause* is issued against the Debtor to appear at a hearing scheduled on **December 1**, **2016** at **10:30 a.m.** in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219 to show cause as to why this bankruptcy case should not be dismissed due to the Debtor's failure to attend the *Meeting of Creditors*.

      2.    Any response to this *Order to Show Cause* shall be filed on or before **November 21, 2016**.

Dated: October 20, 2016

                                              GREGORY L. TADDONIO
                                              UNITED STATES BANKRUPTCY JUDGE

<u>Case administrator to mail to:</u>
Debtor
Aurelius P. Robleto, Esq.
Rosemary Crawford, Esq.
Office of the U.S. Trustee

2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 15-21213-GLT
John J. Good                                                                    Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: aala              Page 1 of 1              Date Rcvd: Oct 21, 2016
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2016.
db           +John J. Good,    P.O. Box 141,    Bakerstown, PA 15007-0141

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2016                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2016 at the address(es) listed below:
              Aurelius P. Robleto    on behalf of Debtor John J. Good apr@robletolaw.com,   rmk@robletolaw.com,
               lsr@robletolaw.com
              Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW
               YORK, SUCCESSOR TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR CENTEX HOME EQUITY LOAN TRUST
               2005-B bkgroup@kmllawgroup.com
              Matthew Christian Waldt    on behalf of Creditor    KHF LENDING, LLC. mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rosemary C. Crawford    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com,
               PA68@ecfcbis.com
              Rosemary C. Crawford    crawfordmcdonald@aol.com,    PA68@ecfcbis.com
                                                                                             TOTAL: 6