**Form RSC**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 7
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 15–21213–GLT**
Date Converted:

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
John J. Good
P.O. Box 141
Bakerstown, PA 15007

Social Security No.:
xxx–xx–5490

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Aurelius P. Robleto
Robleto Law
Three Gateway Center
401 Liberty Avenue
Suite 1306
Pittsburgh, PA 15222
Telephone number:  412–925–8194

NAME/ADDRESS OF TRUSTEE
Rosemary C. Crawford
Crawford McDonald, LLC.
P.O. Box 355
Allison Park, PA 15101
Telephone number:  724–443–4757

DATE/TIME/LOCATION OF MEETING OF CREDITORS
January 23, 2017
12:00 PM
Liberty Center, 7th Floor, Room 740, 1001 Liberty Avenue, Pittsburgh, PA 15222

**FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN AN ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED.**

Dated: 11/29/16

BY THE COURT

Gregory L. Taddonio
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 15-21213-GLT
John J. Good                                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: aala            Page 1 of 2           Date Rcvd: Nov 29, 2016
                              Form ID: rsc          Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 01, 2016.
db         +John J. Good,    P.O. Box 141,   Bakerstown, PA 15007-0141
14024889   +Boilermakers Lodge No. 154,    GEM Group, Admin.,   3 Gateway Center,
             401 Liberty Ave., Suite 1200,   Pittsburgh PA 15222-1004
14052588   +Borough of Etna,   Keystone Collections Group,   c/o Kratzenberg & Lazzaro,   546 Wendel Rd.,
             Irwin, PA 15642-7539
14024890   +Capital One Bank, USA,   PO Box 30281,   Salt Lake City, UT 84130-0281
14024891   +Citizens Bank,   525 William Penn Place,   Pittsburgh, PA 15219-1727
14024892   +Convergent Outsourcing, Inc.,   800 SW 39th Street,   PO Box 9004,   Renton, WA 98057-9004
14024894   +First Federal Credit Control,   24700 Chagrin Blvd.,   Suite 205,   Beachwood, OH 44122-5662
14024896   +John Good Jr.,   3 Mount Hope St.,   Pittsburgh, PA 15223-1847
14024899   +KHF Lending, LLC,   PO Box 2345,   La Jolla, CA 92038-2345
14024897   +Katsur Dental,   926 Great Pond Drive,   Suite 2035,   Altamonte Springs, FL 32714-7244
14024898   +Keystone Collections Group,   546 Wendel Road,   Irwin, PA 15642-7539
14024900   +LGS Loan Center,   PO Box 1048,   La Jolla, CA 92038-1048
14024901   +Michael Komorowki, DMD,   9370 McKnight Road,   Suite 304,   Pittsburgh, PA 15237-5953
14024904   +NCO Financial,   PO Box 15273,   Wilmington, DE 19850-5273
14024902   +National Rehab Equipment, Inc.,   PO Box 1135,   Coraopolis, PA 15108-6135
14024903   +Nationstar Mortgage,   Attn: Making Home Affordable Loan Modifi,   PO Box 619097,
             Dallas, TX 75261-9097
14024906   +PHEAA,   PO Box 69184,   Harrisburg, PA 17106-9184
14024907   +Professional Acct. Management,   633 W. Wisconsin Ave.#1600,   Milwaukee, WI 53203-1920
14024908   +State Collection Service,   PO Box 6250,   Madison, WI 53716-0250
14024909   +UPMC Childrens Hospital,   Quantum 1 Building, Third Floor,   Disribution Room No. 386,
             2 Hot Metal Street,   Pitsburgh, PA 15203-2348

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 30 2016 01:42:42     Pennsylvania Dept. of Revenue,
             Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
             Harrisburg, PA  17128-0946
14024888   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Nov 30 2016 01:42:49     Asset Acceptance,
             PO Box 1630,   Warren, MI 48090-1630
14024893   +E-mail/Text: electronicbkydocs@nelnet.net Nov 30 2016 01:42:55     Dept of Ed/NELNET,
             121 S. 13th Street,   Lincoln, NE 68508-1904
14024895   +E-mail/Text: bankruptcy@icsystem.com Nov 30 2016 01:43:08     I.C. System, Inc.,
             444 Highway 96 East,   PO Box 64437,   Saint Paul, MN 55164-0437
14024905   +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 30 2016 01:42:42     PA Dept of Revenue,
             Department 280946,   Harrisburg, PA 17128-0001
14049837   +E-mail/Text: bncmail@w-legal.com Nov 30 2016 01:42:57     The Bank of New York Mellon,
             C/O Weinstein & Riley, P.S.,   2001 Western Avenue, Ste. 400,   Seattle, WA 98121-3132
14029757   +E-mail/Text: electronicbkydocs@nelnet.net Nov 30 2016 01:42:55     U.S. Department of Education,
             C/O Nelnet,   3015 South Parker Road, Suite 400,   Aurora, CO 80014-2904
                                                                                             TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          KHF LENDING, LLC.
cr          THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW
                                                                                  TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2           User: aala                  Page 2 of 2                  Date Rcvd: Nov 29, 2016
                               Form ID: rsc                Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 29, 2016 at the address(es) listed below:
          Aurelius P. Robleto    on behalf of Debtor John J. Good apr@robletolaw.com, rmk@robletolaw.com,
           lsr@robletolaw.com,dfe@robletolaw.com,apr@ecf.courtdrive.com
          Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW
           YORK, SUCCESSOR TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR CENTEX HOME EQUITY LOAN TRUST
           2005-B bkgroup@kmllawgroup.com
          Matthew Christian Waldt    on behalf of Creditor    KHF LENDING, LLC. mwaldt@milsteadlaw.com,
           bkecf@milsteadlaw.com
          Matthew John McClelland    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF
           NEW YORK, SUCCESSOR TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR CENTEX HOME EQUITY LOAN TRUST
           2005-B bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Rosemary C. Crawford    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com,
           PA68@ecfcbis.com
          Rosemary C. Crawford    crawfordmcdonald@aol.com, PA68@ecfcbis.com
                                                                         TOTAL: 7