**FILED**
**FEB 10 2017**
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 15-21213-GLT |
| | : | Chapter: 7 |
| John J. Good | : | |
| | : | Date: 2/9/2017 |
| *Debtor(s).* | : | Time: 11:00 |

## PROCEEDING MEMO

**MATTER:**  #121 - Order to Show Cause re: Debtor's failure to attend two 341 meetings
#126 - Response by Debtor
#133 - Chapter 7 Trustee's entry re: Debtor's failure to attend third 341 meeting and requesting dismissal

***APPEARANCES****:*
  Debtor:    Renee Kuruce

**NOTES:**

Kuruce - No objection to dismissal without prejudice.

***OUTCOME:***

1. Order to be issued dismissing case without prejudice.  (CT to prepare).

**DATED:** 2/9/2016