Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **John J. Good** | : | Case No. 15−21213−GLT |
| *Debtor(s)* | : | Chapter: 7 |
| | : | |
| | : | |
| | : | Related to Dkt. No. 121 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this **10th day of February, 2017,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

(5) The Court retains jurisdiction as to the filing of the Debtor's Final Loss Mitigation Report to be filed on or before February 17, 2017, required pursuant to the Order dated May 29, 2015 [Dkt. No. 33], which relates to the Motion for Loss Mitigation [Dkt. No. 18].

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                           Case No. 15-21213-GLT
John J. Good                                                     Chapter 7
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0315-2          User: ctak               Page 1 of 2           Date Rcvd: Feb 10, 2017
                              Form ID: 309             Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 12, 2017.
db          +John J. Good,    P.O. Box 141,    Bakerstown, PA 15007-0141
14024889    +Boilermakers Lodge No. 154,    GEM Group, Admin.,    3 Gateway Center,
              401 Liberty Ave., Suite 1200,    Pittsburgh PA 15222-1004
14052588    +Borough of Etna,    Keystone Collections Group,    c/o Kratzenberg & Lazzaro,    546 Wendel Rd.,
              Irwin, PA 15642-7539
14024891    +Citizens Bank,    525 William Penn Place,    Pittsburgh, PA 15219-1727
14024894    +First Federal Credit Control,    24700 Chagrin Blvd.,    Suite 205,    Beachwood, OH 44122-5662
14024896    +John Good Jr.,    3 Mount Hope St.,    Pittsburgh, PA 15223-1847
14024899    +KHF Lending, LLC,    PO Box 2345,    La Jolla, CA 92038-2345
14024897    +Katsur Dental,    926 Great Pond Drive,    Suite 2035,    Altamonte Springs, FL 32714-7244
14024898    +Keystone Collections Group,    546 Wendel Road,    Irwin, PA 15642-7539
14024900    +LGS Loan Center,    PO Box 1048,    La Jolla, CA 92038-1048
14024901    +Michael Komorowki, DMD,    9370 McKnight Road,    Suite 304,    Pittsburgh, PA 15237-5953
14024902    +National Rehab Equipment, Inc.,    PO Box 1135,    Coraopolis, PA 15108-6135
14024903    +Nationstar Mortgage,    Attn: Making Home Affordable Loan Modifi,    PO Box 619097,
              Dallas, TX 75261-9097
14024906    +PHEAA,   PO Box 69184,    Harrisburg, PA 17106-9184
14024907    +Professional Acct. Management,    633 W. Wisconsin Ave.#1600,    Milwaukee, WI 53203-1920
14024908    +State Collection Service,    PO Box 6250,    Madison, WI 53716-0250
14024909    +UPMC Childrens Hospital,    Quantum I Building, Third Floor,    Disribution Room No. 386,
              2 Hot Metal Street,    Pitsburgh, PA 15203-2348

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +EDI: BRCCRAWFORD.COM Feb 11 2017 03:33:00      Rosemary C. Crawford,    Crawford McDonald, LLC.,
              P.O. Box 355,   Allison Park, PA 15101-0355
14024888    +EDI: ACCE.COM Feb 11 2017 03:34:00      Asset Acceptance,    PO Box 1630,    Warren, MI 48090-1630
14024890    +EDI: CAPITALONE.COM Feb 11 2017 03:34:00      Capital One Bank, USA,     PO Box 30281,
              Salt Lake City, UT 84130-0281
14024892    +EDI: CONVERGENT.COM Feb 11 2017 03:35:00      Convergent Outsourcing, Inc.,    800 SW 39th Street,
              PO Box 9004,   Renton, WA 98057-9004
14024893    +E-mail/Text: electronicbkydocs@nelnet.net Feb 11 2017 06:24:12     Dept of Ed/NELNET,
              121 S. 13th Street,   Lincoln, NE 68508-1904
14024895    +EDI: IIC9.COM Feb 11 2017 03:35:00      I.C. System, Inc.,    444 Highway 96 East,    PO Box 64437,
              Saint Paul, MN 55164-0437
14024904    +E-mail/Text: bankruptcydepartment@tsico.com Feb 11 2017 06:24:23     NCO Financial,
              PO Box 15273,   Wilmington, DE 19850-5273
14024905    +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 11 2017 06:24:02     PA Dept of Revenue,
              Department 280946,    Harrisburg, PA 17128-0001
14049837    +E-mail/Text: bncmail@w-legal.com Feb 11 2017 06:24:13     The Bank of New York Mellon,
              C/O Weinstein & Riley, P.S.,    2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132
14029757    +E-mail/Text: electronicbkydocs@nelnet.net Feb 11 2017 06:24:12     U.S. Department of Education,
              C/O Nelnet,   3015 South Parker Road, Suite 400,    Aurora, CO 80014-2904
                                                                                              TOTAL: 10

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             KHF LENDING, LLC.
cr             THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW
aty*         +Rosemary C. Crawford,    Crawford McDonald, LLC.,    P.O. Box 355,    Allison Park, PA 15101-0355
                                                                                    TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2017                                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: ctak              Page 2 of 2            Date Rcvd: Feb 10, 2017
                              Form ID: 309            Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 10, 2017 at the address(es) listed below:
              Aurelius P. Robleto    on behalf of Debtor John J. Good apr@robletolaw.com,   rmk@robletolaw.com,
               lsr@robletolaw.com,apr@ecf.courtdrive.com
              James  Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK,
               SUCCESSOR TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR CENTEX HOME EQUITY LOAN TRUST 2005-B
               bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW
               YORK, SUCCESSOR TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR CENTEX HOME EQUITY LOAN TRUST
               2005-B bkgroup@kmllawgroup.com
              Matthew Christian Waldt    on behalf of Creditor    KHF LENDING, LLC. mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Matthew John McClelland    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF
               NEW YORK, SUCCESSOR TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR CENTEX HOME EQUITY LOAN TRUST
               2005-B bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rosemary C. Crawford    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com,
               PA68@ecfcbis.com
              Rosemary C. Crawford    crawfordmcdonald@aol.com,  PA68@ecfcbis.com
                                                                                               TOTAL: 8
```